IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| ZENIA HELBIG, | ) | |
|---|---|---|
| | ) | |
| | ) | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-3214-CV-S-ODS |
| | ) | |
| JOSEPH McCROY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_\_ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED granting Motion to Substitute Party and granting Motion to Dismiss for Lack of Jurisdiction .**

PATRICIA L. BRUNE,
Court Executive

DATE: 01/20/2009

/s/ Eva Will-Fees
Eva Will-Fees, Courtroom Deputy